1

2                                          HONORABLE RICARDO S. MARTINEZ

3                                                                          `

4

5

6

7

8

9                         UNITED STATES DISTRICT COURT
                     FOR THE WESTERN DISTRICT OF WASHINGTON
10                                    AT SEATTLE

11  LEVI MORDEN and ADEEL SIDDIQUI,

                                                NO. C05-02112 RSM
12                              Plaintiffs,

                                                **ORDER PRELIMINARILY**
13       vs.                                    **APPROVING CLASS AND**
                                                **COLLECTIVE ACTION**
14  T-MOBILE USA, INC.,                         **SETTLEMENT AND ENTERING**
                                                **RELATED ORDERS**
15                              Defendant.

16

17       WHEREAS, the parties have made application for an order preliminarily approving the

18  settlement of this action as stated in the Settlement Agreement (the "Settlement Agreement" or

19  "Agreement," attached hereto as Exhibit 1), which, together with the exhibits annexed thereto,

20  sets forth the terms and conditions for a proposed settlement of the litigation and for dismissal

21  of the litigation with prejudice upon the terms and conditions set forth therein;

22
         WHEREAS, the Court has read and considered the Settlement Agreement, the exhibits
23
    annexed thereto, and the briefing submitted in support of preliminary approval of the
24
    Settlement;
25
         NOW, THEREFORE, IT IS HEREBY ORDERED:
26

27

ORDER PRELIMINARILY APPROVING CLASS AND COLLECTIVE
ACTION SETTLEMENT - 1 (Rev. 10/9/07)
4380/001/205339.1

1.     The Court hereby preliminarily approves the Settlement Agreement and the Settlement set forth therein, including each of its terms, as being fair, reasonable and adequate. The Settlement Agreement is the result of arm's-length negotiations between experienced attorneys who are familiar with class action litigation in general and with the legal and factual issues of this case in particular.

2.     The Court grants the request to amend the pleadings in this case for settlement purposes to add Jodelle Lloyd, Richard Patla, Dina Olympia, and Chelsea Hunter as plaintiffs and proposed class representatives and to add class allegations based on the state laws of Washington, Connecticut, Pennsylvania, and Maryland.  The Court finds that a factual and legal nexus exists between the claims the Plaintiffs seek to add and the claims alleged in the Second Amended Complaint.  Plaintiffs are granted leave to file their Third Amended Complaint.

3.     The Court has considered the pleadings and arguments made by the parties in support of the motion for preliminary settlement approval and finds that the proposed Settlement Class is proper and should be provisionally certified.  Solely for purposes of the proposed Settlement, a Settlement Class is hereby provisionally certified pursuant to Federal Rule of Civil Procedure 23 as follows:

> All T-Mobile Account Representatives ("ARs") and Territory Representatives ("TRs") who have opted into this FLSA action and all individuals who worked for T-Mobile as ARs or TRs (or substantially similar successor positions) in Illinois, Washington, Pennsylvania, Connecticut, or Maryland during the Class Period.

> The "Class Period" is defined as follows:  (1) three years back from the date the Class Member's executed consent to join was filed with the Court through the date of preliminary settlement approval for Class Members who opted into the FLSA action; (2) May 5, 2003 through the date of preliminary settlement approval for ARs and TRs who worked for T-Mobile in Illinois; (3) April 18, 2005 through the date of preliminary settlement approval for ARs and TRs who worked for T-Mobile in Connecticut; and (4) April 18, 2004 through the date of preliminary settlement approval for ARs and TRs who worked for T-Mobile in Washington, Pennsylvania and Maryland.  If more than one Class

ORDER PRELIMINARILY APPROVING CLASS AND COLLECTIVE ACTION SETTLEMENT - 2 (Rev. 10/9/07)
4380/001/205339.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

Period applies to a particular Class Member, the longer class period applies.

The Court specifically finds: (1) the Class is so numerous that joinder is impracticable; (2) questions of law and fact are common to the Class; (3) the claims of the representative Plaintiffs are typical of the claims of the class; and (4) the Class representatives will fairly and adequately protect the interests of the class.  Further, in the context of settlement, the Court specifically finds that the proposed Settlement Class meets the predominance and superiority requirements of FRCP 23(b)(3).  Certification of the plaintiff Settlement Class for settlement purposes is the best means for protecting the interests of all of the Settlement Class Members.

4.      Solely for purposes of the proposed settlement, the Court does hereby preliminarily approve Beth E. Terrell of Tousley Brain Stephens PLLC, Steven M. Tindall, of Rukin Hyland Doria & Tindall LLP, Rachel J. Geman, of Lieff, Cabraser, Heimann & Bernstein, LLP, and Douglas Werman, of Werman Law Office as Class Counsel.  The Court also hereby preliminarily approves Levi Morden, Adeel Siddiqui, Chelsea Hunter, Dina Olympia, Richard Patla, and Jodelle Lloyd as the Representative Plaintiffs.

5.      The Court preliminarily approves Plaintiffs' application for payment of attorney fees to Class Counsel of $600,000.

6.      The Court preliminarily approves the Plaintiffs' enhancement awards of not more than Five Thousand Dollars ($5,000) for Plaintiffs Morden and Siddiqui and One Thousand Dollars ($1,000) for Plaintiffs Hunter, Olympia, Patla, and Lloyd, for a total enhancement award payment of Fourteen Thousand Dollars ($14,000).

7.      A hearing, for purposes of determining whether the settlement should be finally approved, shall be held before this Court on Tuesday Feb 5, 2008, at 10:00 a.m., in the Courtroom of the Honorable Ricardo S. Martinez at the U.S. Courthouse, 700 Stewart Street, Seattle, Washington, 98101.  At the hearing, the Court will hear arguments concerning whether the proposed Settlement of the Litigation on the terms and conditions provided for in the Settlement Agreement is fair, reasonable and adequate and should be approved by the Court.

ORDER PRELIMINARILY APPROVING CLASS AND COLLECTIVE ACTION SETTLEMENT - 3 (Rev. 10/9/07)
4380/001/205339.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

The Court will also consider Plaintiff's request for an award of attorneys' fees and costs and for enhancement payments to be made to the Representative Plaintiffs.

8. The Court approves, as to form and content, the Notice of Pendency of Class Action, Proposed Settlement, and Hearing Date for Court Approval (the "Class Notice") and the Class Member Information Form, annexed as Exhibits A and B, respectively, to the Settlement Agreement, and finds that the distribution of the Class Notice substantially in the manner set forth in ¶7 of this Order meets the requirements of Federal law and due process, and is the best notice practicable under the circumstances and shall constitute due and sufficient notice to all individuals entitled thereto.

9. CPT Group is hereby appointed as the Settlement Administrator, and the payment of costs of administration to CPT Group of approximately $14,500 is hereby preliminarily approved. The Settlement Administrator shall supervise and administer the notice procedure as more fully set forth below:

(a) Within ten (10) days following the Settlement Administrator's receipt of the class information to be provide by T-Mobile pursuant to Section 16 of the Settlement Agreement, the Settlement Administrator shall distribute, by first class mailing to all Settlement Class members, a copy of the Class Notice and Class Member Information Form.

(b) At least five (5) days prior to the Final Approval Hearing, Class Counsel shall file with the Court a declaration by the Settlement Administrator of due diligence and proof of mailing with regard to the mailing of the notice.

(c) The Settlement Administrator and Class Counsel shall take reasonable steps to locate Settlement Class members as more fully set forth in Paragraph 17 of the Settlement Agreement.

10. All Settlement Class Members who are entitled to opt out of the Settlement Class and do not do so shall be bound by all determinations and judgments in the litigation concerning the Settlement, whether favorable or unfavorable to the Settlement Class.

11. Any member of the Settlement Class may enter an appearance in the litigation, at his or her own expense, individually or through counsel of their own choice. Any member of

ORDER PRELIMINARILY APPROVING CLASS AND COLLECTIVE ACTION SETTLEMENT - 4 (Rev. 10/9/07)
4380/001/205339.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1   the Settlement Class who does not enter an appearance or opt out of the Settlement Class will

2   be represented by Class Counsel.

3       12.    Any Settlement Class Member who wishes to be excluded (opt out) from the

4   Settlement Class and not participate in the proposed settlement must submit a written request

5   for exclusion to the Settlement Administrator which includes the following statement:

6           I wish to opt out of the Settlement of this case, *Morden v. T-*
            *Mobile USA, Inc.* (U.S. District Court for the Western District of

7           Washington Case No. C05-02112 RSM). **I understand that by**
            **requesting to be excluded from the Settlement, I will receive**

8           **no money from the settlement funds created in accordance**
            **with the Settlement Agreement entered into between Class**

9           **Members and T-Mobile.** I understand that if I am excluded
            from the Settlement, I may bring a separate action. I understand

10          that in any separate lawsuit, I may receive nothing or less than I
            would have received if I had filed a claim for money pursuant to

11          the Settlement.

12      As to Settlement Class Members who have previously opted into this Lawsuit, their

13  right to opt out of this Lawsuit applies only if they were employed by T-Mobile during the

14  Class Period in the states of Connecticut, Illinois, Maryland, Pennsylvania or Washington, and

15  in addition their opt out will not exclude them from this Lawsuit for the period of time that is

16  covered by their FLSA claims.

17      13.    Any member of the Settlement Class may appear at the Final Approval Hearing

18  and show cause, if he or she has any, why the proposed Settlement of the litigation should or

19  should not be approved as fair, reasonable, and adequate, or why a judgment should or should

20  not be entered thereon, or why attorneys' fees should or should not be awarded to Class

21  Counsel, or why the Representative Plaintiffs should or should not receive compensation;

22  provided, however, that no Settlement Class Member or any other person shall be heard or

23  entitled to contest the approval of the terms and conditions of the proposed Settlement, or, if

24  approved, the Judgment to be entered thereon approving the same, or, if awarded,

25  compensation for the Representative Plaintiffs or the attorneys' fees and costs awarded to Class

26  Counsel, unless that Person has, no later than 30 days after mailing of Notice to the Class, (1)

27

ORDER PRELIMINARILY APPROVING CLASS AND COLLECTIVE
ACTION SETTLEMENT - 5 (Rev. 10/9/07)
4380/001/205339.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

served on counsel for the Class and Defendant written objections, and copies of any papers and briefs in support thereof, explaining the basis of the objection; and (2) filed these objections, papers and briefs with the Clerk of the United States District Court for the Western District of Washington, U.S. Courthouse, 700 Stewart Street, Seattle, Washington, 98101-9906.  All timely filed and served objections shall be considered and ruled upon by the Court at the Final Approval Hearing.  Any member of the Settlement Class who does not timely file and serve his or her objection in the manner provided above shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness or adequacy of the proposed Settlement as incorporated in the Settlement Agreement and any award of attorneys' fees and costs awarded to Class Counsel, unless otherwise ordered by the Court.

14.     All papers in support of the settlement shall be filed and served no later than Friday, January 25, 2008.

15.     At the Final Approval Hearing, the Court shall determine whether the proposed settlement, and any application for attorneys' fees or reimbursement of costs, shall be approved.

16.     The Court reserves the right to adjourn the date of the Final Approval Hearing without further notice to the Settlement Class members, and retains jurisdiction to consider all further applications arising out of or connected with the proposed settlement.

17.     If the settlement is voided pursuant to Sections 34 or 35 of the Settlement Agreement, all proceedings related thereto (including the filing of Plaintiffs' Third Amended Complaint and the certifications for settlement purposes of the Rule 23 Classes and of Levi Morden, Adeel Siddiqui, Chelsea Hunter, Dina Olympia, Richard Patla and Jodelle Lloyd as representative plaintiffs for purposes of Rule 23) shall be without prejudice to the rights of any party, all of whom shall be restored to their respective positions in the Lawsuit prior to the settlement; and neither the Settlement Agreement nor any ancillary documents, actions or

ORDER PRELIMINARILY APPROVING CLASS AND COLLECTIVE
ACTION SETTLEMENT - 6 (Rev. 10/9/07)
4380/001/205339.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1  filings shall be admissible or offered into evidence in this Lawsuit or any other action for any

2  purpose.

3       DONE IN OPEN COURT this _19_ day of November, 2007.

4

5

6       RICARDO S. MARTINEZ

7       UNITED STATES DISTRICT JUDGE

8

9  Presented by:

10 TOUSLEY BRAIN STEPHENS PLLC

11

12 By:   /s/ Beth E. Terrell, WSBA #26759

13     Beth E. Terrell, WSBA #26759
    bterrell@tousley.com

14     Toby J. Marshall, WSBA #32726
    tmarshall@tousley.com

15     Jennifer Rust Murray, WSBA #36983
    jmurray@tousley.com

16     1700 Seventh Avenue, Suite 2200
    Seattle, Washington  98101-1332

17     Telephone:  206.682.5600
    Facsimile:   206.682.2992

18

19     Steven M. Tindall, CSBA #187862
    stindall@lchb.com

20     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    Embarcadero Center West

21     275 Battery Street, 30th Floor
    San Francisco, California  94111-3339

22     Telephone:  415.956.1000
    Facsimile:   415.956.1008

23     *Attorneys for Plaintiffs*

24

25

26

27

ORDER PRELIMINARILY APPROVING CLASS AND COLLECTIVE
ACTION SETTLEMENT - 7 (Rev. 10/9/07)
4380/001/205339.1